IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER STEVEN BACK | **FILED UNDER SEAL**<br><br>Case No. 25-mj-791 DLM |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Jamie Nestor, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation (FBI), and have been so employed since January 2015. I am currently assigned to the Minneapolis Division and the Minnesota Child Exploitation Task Force, where my investigative responsibilities include investigation of child sexual abuse and exploitation crimes such as the online enticement and coercion of minors, production, possession, receipt, and distribution of child pornography. I have gained knowledge and experience through training at the FBI Academy, in service training, and everyday work in conducting these types of investigations. I have received training in the area of child pornography and child exploitation investigations and have reviewed numerous examples of child pornography as defined at 18 U.S.C. § 2256, in various forms of media, including computer media.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), and am empowered by 18 U.S.C §§ 3052 and 3107 to conduct investigations of, and to make arrests for, violations of federal criminal statutes.

## PURPOSE OF AFFIDAVIT

3. I make this affidavit in support of an application for a Criminal Complaint charging Alexander Steven BACK (DOB XX/XX/1984,[1] hereinafter BACK) with Attempted Coercion and Enticement of a Minor in violation of 18 U.S.C. §§2422(b).

4. The facts set forth in this affidavit come from my personal observations, my training and experience, and evidence gathered by officers of the Bloomington (Minnesota) Police Department. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the contemporaneously filed application, it does not include each and every fact known to me or to other investigators.

5. Unless otherwise noted, statements documented here are related in substance and in part.

---

[1] Per local rules and 18 U.S.C. § 3509, I have partially redacted personally identifying information, such as dates of birth, from this affidavit. Unless otherwise noted, this information is known to me and available to the Court.

## PROBABLE CAUSE

6.  Beginning on or about November 5, 2025, Bloomington Police detectives carried out a multi-jurisdictional "sex trafficking juvenile demand suppression operation." According to Bloomington Police, the purpose of this operation was to identify individuals who offer to hire girls under the age of eighteen for commercial sex.

7.  On and before these dates, employees of one or more Minnesota law enforcement agencies placed advertisements on at least three identified websites, known to me and other law enforcement officers, to facilitate human trafficking, amongst other things. These websites are publicly available on the Internet and used in interstate commerce.

8.  In my training and experience, I am aware that each of these websites are commonly used in both adult and juvenile human trafficking schemes. These sites allow users to post descriptive narratives and upload photos and videos. The advertisements posted by covert law enforcement included three to four photos of a female law enforcement officer. In one photo, the covert law enforcement officer wore a red swimsuit and a black long sleeve cover up. Her phone was covering her face, and the photo was taken in the mirror. In another photo, the officer wore white shorts, a black bra and a black stocking cap holding the phone in front of her face. A third photo is the female in a red bikini top giving the peace sign with her phone in front of her face. All

of the photos depicted the officer clothed.

9. There were variations of the undercover law enforcement advertisement posted during the operation; however, they all were variations of the same information: "cum $pend time with a young petite treat Age:19 I am: A woman I see: Men, Women. Hi I'm [UC ACCOUNT 1[2]] I am ready to plz Pics are me! No or scammers Text me [covert law enforcement telephone number] City: Minneapolis, MN Name: [UC ACCOUNT 1] Location: Richfield." Some of the advertisements had height, weight, and breast size information. After posting the advertisement on the three websites, Bloomington police noted that other "scraper" websites picked up the advertisements and further publicized it. In my training and experience, I am aware that "scraper" sites trawl popular sites for content and repost that content in order to draw traffic, thereby generating advertising revenue.

10. Law enforcement agencies participating in the Bloomington undercover operation assigned undercover law enforcement officers to work as "chatters." "Chatters" are those undercover law enforcement officers assigned to receive incoming messages from persons contacting the phone number posted in the advertisement.

---

[2] This redacted bracket is a woman's name, known to me. The woman's name will be referred to in this affidavit as "UC ACCOUNT 1."

11. On or about November 13, 2025, the UC ACCOUNT 1 phone number received text messages from XXX-XXX-1205 (hereinafter, the Suspect).

Suspect: Hey [name], are you free around 4?

UC ACCOUNT 1: Yes daddy, how long were you looking to spend?

Suspect: An hour

UC ACCOUNT 1: $200 hun

Suspect: Ok sounds good, see you around 330?

UC ACCOUNT 1: Age/race

Suspect: 38/white

UC ACCOUNT 1: U ok if I'm a lil younger than my ad says....just wanna be honest

Suspect: Sure

UC ACCOUNT 1: K cause I am 17 and one guy got hella mad at me

Suspect: I'm not going to be mad at you

UC ACCOUNT 1: Kk good

UC ACCOUNT 1: Lemme know when you are ready to see me

Suspect: Ok will do. What town are you in?

UC ACCOUNT 1: Bloomington

Suspect: Ok perfect

Suspect: Hey im free now, should I come over?

UC ACCOUNT 1: Yes daddy, still wanna do $200 hr?

Suspect: Sounds good

UC ACCOUNT 1: Xtra for bare or condom?

Suspect: Xtra

UC ACCOUNT 1: Kk and u ain't gonna flip ur shit that I'm 17 right? One dude yelled so loud I thought the neighbors would call the cops. I ain't need to get kicked out lol

Suspect: Are you with the cops?

UC ACCOUNT 1: Lol definitely not R U?

Suspect: No definitely not. Ok send address, im chill

12. Around this point in the communications, law enforcement provided the Suspect with the address where the law enforcement operation was set to occur. A short time later the Suspect texted "I'm here" at which time the Bloomington PD surveillance team identified a vehicle with a lone male occupant pull into the lot in a white 2021 Subaru with Minnesota plate 1RK341[3].

13. The Suspect—later identified as BACK—was directed by the undercover officer to the main entrance of the building. As BACK exited the building after attempting to enter he was approached by the arrest team where

---

[3] According to the Minnesota Department of Public Safety Driver and Vehicle Services, this vehicle is registered to BACK's wife.

he was taken into custody without incident. A rose gold iPhone in a green case located in BACK's back pocket, a black iPhone located in the vehicle and an Immigration and Customs Enforcement identification were identified at the time of arrest. A confirmation text was sent from the UC to the Suspect's phone which was identified by law enforcement as phone in BACK's possession.

14.  In a subsequent interview following rights advisement and waiver, BACK stated he doesn't know why he didn't bail when he was told the person he was talking to was 17 years old. BACK stated, "I don't really know if there is anything to say. It's all there in the texts." BACK was arrested and charged with with violation of Minn. Stat. 609.324.1(c)(3) Prostitution–Actor Hires or Agrees to Hire and Reasonably Believes Under 18 but at least 16. He was subsequently released on bond and remains out of custody.

## CONCLUSION

15.  Based on the information set forth above, there is probable cause to believe that the defendant, Alexander Steven BACK, violated 18 U.S.C. § 2422(b) by attempting to coerce and entice a minor.

Further your Affiant say not.

*Jamie Nestor*
Special Agent Jamie Nestor
United States Department of Justice
Federal Bureau of Investigation

SUBSCRIBED and SWORN before me
by reliable electronic means (Zoom and
email) pursuant to Fed. R. Crim. P. 41(d)(3)
on November 18, 2025

_____
THE HONORABLE DOUGLAS L. MICKO
UNITED STATES MAGISTRATE JUDGE