25cr449 JNE/DJF

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER STEVEN BACK,

Defendant.

**INDICTMENT**

18 U.S.C. § 2422(b)
18 U.S.C. § 2428(a)(1)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT ONE**
(Attempted Enticement of a Minor)

On or about November 13, 2025, in the State and District of Minnesota, the defendant,

**ALEXANDER STEVEN BACK**,

knowingly used any facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, and attempted to do so, all in violation of 18 U.S.C. § 2422(b).

**FORFEITURE ALLEGATIONS**

Upon conviction of Count 1 of the Indictment,

**ALEXANDER STEVEN BACK**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a)(1), any property, real or personal, used or intended to be used to commit or

SCANNED
NOV 20 2025
U.S. DISTRICT COURT MPLS

*United States v. Alexander Steven Back*

to facilitate the commission of Count 1, including, but not limited to, a white 2021 Subaru with Minnesota plate 1RK341, and a cellular phone recovered by law enforcement during Back's November 13, 2025 arrest.

                              A TRUE BILL

_____      _____
UNITED STATES ATTORNEY          FOREPERSON