# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        25-cr-449 JNE/DJF |
| | ) | Date:             November 21, 2025 |
| Alexander Steven Back, | ) | Courthouse:   St. Paul |
| | ) | Courtroom:    6B |
| Defendant, | ) | Time Commenced:   1:52 p.m. |
| | ) | Time Concluded:     2:02 p.m. |
| | ) | Time in Court:         10 minutes |

**APPEARANCES:**

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: John Price
         X Retained

Date Charges Filed: 11/18/2025         Offense: attempted enticement of a child

         X Advised of Rights

on      X Indictment


X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD
      X Arraignment

X Government moves to unseal the case.         X Granted

Additional Information:
X Oral Rule 5(f) Brady notice read on the record.

_s/jam_
Signature of Courtroom Deputy
