UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 25-449 (JNE/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXANDER STEVEN BACK, )<br>)<br>Defendant. ) | **DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

The defendant, Alexander Back, by and through his undersigned attorney, Ryan Garry, respectfully requests that the Court modify the Order Setting Conditions of Release (ECF No. 12) as follows:

1. This Court's Order Setting Conditions of Release was entered on November 21, 2025.

2. Mr. Back requests that his location monitoring be switched from home detention to curfew as directed by pretrial services.

3. U.S. Probation Officer Corey Grandner supports this request and informed defense counsel that Mr. Back has done well on pretrial release thus far. Mr. Grandner requests that the curfew times be in pretrial services' discretion so they are able to verify Mr. Back's activities and make adjustments as needed.

4. Based on the aforementioned factors and Mr. Back's continued compliance on pretrial release supervision, defense counsel respectfully submits this motion to

modify Mr. Back's location monitoring component by switching from home detention to curfew as directed by pretrial services.

For the reasons stated above, Mr. Back respectfully requests that the Court modify the current conditions of release as stated above.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: January 29, 2026

s/ Ryan Garry
Ryan P. Garry (Attorney No. 0336129)
Attorneys for Defendant
333 South Seventh Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com