# United States District Court

FOR THE

DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Criminal No. 25-449 (JNE/DJF)

ALEXANDER STEVEN BACK,

Defendant.

Alexander Steven Back, the above-named defendant, who is accused of Misprison of a felony, in violation of 18 U.S.C. § 4, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: 11/12/2026

Alexander Steven Back, Defendant

LeeAnn K. Bell, Witness

Ryan Garry, Esq.