**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ORDER**

United States of America,

Plaintiff,

v.

Alexander Steven Back,

Defendant,

Docket No. 0864 0:25CR00449-001(JNE)

IT IS HEREBY ORDERED that the following conditions be removed from defendant's conditions of release:

- Participate in one of the following location restriction programs and comply with its requirements as directed. Curfew-at the discretion of Pretrial Services.

- Submit to the following location monitoring technology, as directed by the supervising officer: and comply with all program requirements and instructions.

Dated: 11-12-2026

s/Joan N. Ericksen

Joan N. Ericksen
U.S. District Judge